UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HELBERTH CABRERA, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

v.

KAY WATERPROOFING CORP.,
    d/b/a KR&R,
KAY WATERPROOFING & RESTORATION LLC,
    d/b/a KR&R,
and BARRY GRUMMER,
                Defendants.

Case No.: 22-cv-08730

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

       Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff HELBERTH CABRERA hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated June 5, 2023, and annexed hereto as **Exhibit A**.

Dated: June 5, 2023

                                             Respectfully submitted,

                           By: _____

                                             C.K. Lee, Esq. (CL 4086)
                                             LEE LITIGATION GROUP, PLLC
                                             148 West 24th Street, 8th Floor
                                             New York, NY 10011
                                             Tel.: (212) 465-1188
                                             Fax: (212) 465-1181
                                             *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2023, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Mario Biaggi Jr., Esq, (2284)
Attorneys for Defendants
60 East 42nd Street, 47th Floor
New York, New York, 10001
(212) 233-8000
Email: mbiaggi@220law.com

By: _____
C.K. Lee, Esq.