UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HELBERTH CABRERA, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

        Plaintiff,

v.

KAY WATERPROOFING CORP.,
    d/b/a KR&R,
KAY WATERPROOFING & RESTORATION LLC,
    d/b/a KR&R,
and BARRY GRUMMER,

        Defendants.

---

Case No.: 22-cv-08730

[PROPOSED]
**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant KAY WATERPROOFING CORP., d/b/a KR&R, KAY WATERPROOFING & RESTORATION LLC, d/b/a KR&R, and BARRY GRUMMER (collectively "Defendants"), having offered to allow Plaintiff HELBERTH CABRERA ("Plaintiff") to take a judgment against them, in the sum of $7,500 Dollars and No Cents ("Judgement Amount"), to resolve all of Plaintiff's claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated June 5, 2023 and filed as Exhibit A to Docket Number 27;

**WHEREAS**, on June 5, 2023, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 27);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff HELBERTH CABRERA, in the sum of $7,500, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated June 5, 2023 and filed as Exhibit A to Docket Number 27. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: June 6, 2023
New York, New York

_____
Edgardo Ramos, U.S.D.J.